Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
WILLIAM GAUSLING

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GAUSLING,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-00301-DMC<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF; ORDER |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (35) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be May 28, 2024. This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's motion for summary judgment based on conflicting deadlines in other matters. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: April 22, 2024                               Respectfully submitted,

                                                    /s/ *Jared Walker*
                                                    Jared Walker,
                                                    Attorney for Plaintiff

SO STIPULATED:

                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: April 22, 2024        By:    /s/ *Christopher Vieira
                                          (*authorized by email on *4/22/2024)
                                          CHRISTOPHER VIEIRA
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

                                                ORDER

APPROVED AND SO ORDERED:

Dated:  April 25, 2024

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE